IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

In Re: Sharita Sanders,

            Case No. 09-05603
            Chapter 7

  Debtor.

## **NOTICE OF NEW ADDRESS**

  Comes now the Debtor, Sharita Sanders, by and through her attorney of record and would hereby give Notice that the Debtor's residential address has changed.

  Her new address is as follows:

  1004 North Graycroft Ave Madison TN 37115

  The Debtor would therefore respectfully give Notice of the aforementioned address, and request that any and all communications or official court correspondence be forwarded to the same.

           Respectfully submitted,

           BURKHALTER & MOSER, PC

           /s/ Paul W. Moser
           Paul W. Moser, BPR No. 022205
           Attorney for Debtor
           1230 Second Avenue South
           Nashville, Tennessee 37210
           (615) 662-3697
           Fax: (615) 255-6037
           paul.moser.esq@gmail.com

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a copy of the foregoing document has been forwarded to the following, via the court's electronic case filing system:

MS. EVA LEMEH
CHAPTER 7 TRUSTEE
4300 KINGS LANE
NASHVILLE, TN 37218

US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

this the 4th day of August, 2009.

                                                /s/ Paul W. Moser